**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-4188-18

WILLIAM HOFF,

     Plaintiff-Respondent,

v.

SANDRA HOFF,

     Defendant-Appellant.

_____

          Submitted January 18, 2022 – Decided January 21, 2022

          Before Judges Messano and Enright.

          On appeal from the Superior Court of New Jersey, Chancery Division, Family Part, Burlington County, Docket No. FM-03-0279-17.

          Weinberger Divorce & Family Law Group, LLC, attorneys for appellant (Bari Z. Weinberger, on the briefs).

          William Hoff, respondent pro se.

PER CURIAM

This matter has been amicably adjusted and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-4188-18